

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00466-CV

Pedro **RAMIREZ**,
Appellant

v.

Frances **RAMIREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-21553
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Delivered and Filed: January 2, 2019

DISMISSED

In this restricted appeal, Appellant Pedro Ramirez filed a motion to dismiss this appeal. The motion states the parties have reached an agreement to settle the underlying lawsuit. Appellee Frances Ramirez has not filed any opposition to the motion.

Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM